UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
**FILED**

MAR 21 2019

David J. Bradley
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NUMBER V-18-141S |
| | § | |
| MISAEL HERRERA | § | |
| VERNEE DENISE ORTIZ | § | |

### SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about July 25, 2018, and on or about November 28, 2018, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the Defendants,

MISAEL HERRERA,
and VERNEE DENISE ORTIZ,

knowingly and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jury, to transport, move, attempt to transport, and attempt to move said aliens within the United States in furtherance of such violation of law by means of a motor vehicle or otherwise during and in relation to which the Defendants caused serious bodily injury to, or placed in jeopardy the life of another person.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(iii).

## COUNT TWO

On or about November 28, 2018, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**MISAEL HERRERA,**

did knowingly and in reckless disregard of the fact that Francisco Paul Vaquedanio was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle or otherwise during and in relation to which the Defendant causes serious bodily injury to, or places in jeopardy the life of another person.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(iii).

## COUNT THREE

On or about November 28, 2018, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**MISAEL HERRERA,**

did knowingly and in reckless disregard of the fact that Jose Manuel Lopez-Nufio was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle or otherwise during and in relation to which the Defendant causes serious bodily injury to, or places in jeopardy the life of another person.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(iii).

## COUNT FOUR

On or about November 28, 2018, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

MISAEL HERRERA,

did knowingly and in reckless disregard of the fact that Arlen Jaribeth Rivera-Rodriguez was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor or otherwise during and in relation to which the Defendant causes serious bodily injury to, or places in jeopardy the life of another person.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(iii).

## COUNT FIVE

On or about November 28, 2018, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

MISAEL HERRERA,

did knowingly and in reckless disregard of the fact that Jose Andres Corea-Canales was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle or otherwise during and in relation to which the Defendant causes serious bodily injury to, or places in jeopardy the life of another person.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(iii).

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*
PATTI HUBERT BOOTH
Assistant United States Attorney

4